

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RJN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 2, 2010

**BY Fax and ECF**

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Frank Locascio
           Criminal Docket No. 90 CR 01051 (ILG)

Dear Judge Glasser:

      Oral argument regarding the defendant's request for discovery in the above-captioned case is scheduled for November 5, 2010 at 11:30 am. I am currently scheduled to appear before the Honorable Brian M. Cogan at that time in another matter. Therefore, I respectfully request an adjournment of the oral argument in this matter until November 8, 2010, or any date thereafter that is convenient to the Court.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

               By:        /s/
                       Rachel J. Nash
                       Assistant U.S. Attorney
                       (718) 254-6072

cc:  Clerk of the Court (ILG) (by ECF)
     Ruth M. Liebesman, Esq. (by ECF)