Government Exhibit 1



BQ46552.REV

REGO PARK, NEW YORK

| | |
|---|---|
| FILE NUMBER: | 183A-3507 |
| SDNY NUMBER: | 2005 (Apartment) |
| DATE: | JANUARY 4, 1990 |
| TIME: | 7:15 P.M. |

PARTICIPANTS:

| | |
|---|---|
| JOHN GOTTI | GOTTI |
| SAL GRAVANO | GRAVANO |
| FRANK LOCASCIO | LOCASCIO |
| INAUDIBLE: | IA |
| PHONETIC: | PH |

(1)

BQ 183A-3507                                                9

GOTTI:     Alright, let me tell you what, Sam. I wanna throw a few names out, five or six. I'm not, I'm trying not to make people (IA) I want guys that done more than killing. This "Frankie Dap" wants to put this "Poncho" (IA) guys downstairs. But I'm (IA) I was thinking...

GRAVANO:   No (IA).

BQ 183A-3507                                                    10

GOTTI:      ... I was originally thinking of five or six guys... that (IA).

GRAVANO:    I forgot their names.

GOTTI:      Yeah, well, I was glad what you said how you felt about (IA) I don't care about who we choose. Your mind is where it's supposed to be. That's what I mean. But, but, ah, but, ah, I don't know with this fuckin' "Poncho." Did he ever do anything with us?

GRAVANO:    I don't know.

GOTTI:      Or anybody?

GRAVANO:    I don't know.

GOTTI:      Because you know who we got, and this guy would deserve nobody. But the guy that he was replacing (IA) he reminded me of, of Johnny Rizzo. You know, I mean it was a shame that me or youse guys, that we know we have to do with that thing. Let me tell you a couple of things before Frank comes up.

GRAVANO:    Well here you want me to give you the list?

③

BQ 183A-3507                                                    11

GOTTI:        Yeah, I'm gonna do it when Frank is here, too, and
              I wanna tell you just a couple (IA). I've been
              kicking my brains out, Sammy, what I'm gonna do
              here. See the plan for them to remand me, and we'll
              see, and we'll talk. Just the way I call the shot,
              give them the (clapping noise) one postponement, now
              say can't empanel a jury, they can't prove their
              case. They're working towards the other case.
              "Pinch" us, and beef up bail. I see it coming.
              Listen, so if I have to, right to the fucking end.

GRAVANO:      (IA).

GOTTI:        (IA) I'm hung only, but I don't care. Hopefully,
              we got time. Tomorrow I wanna call all our
              "Skippers" in, I'm gonna tell them. I'm the
              "Representante" 'til I say different. Soon as
              anything happens to me, I'm off the streets, Sammy
              is the "Acting Boss. He's our 'Consigliere.'" But
              I got something that's bothering me, Sammy. I don't
              wanna start like the "Chin" did with them people,
              bad precedent. (Pause) So, I'm asking you how you
              feel. You wanna stay as "Consigliere?" Or you want
              me to make you official "Underboss?" "Acting Boss?"
              How do you feel? What makes you feel better? Think

BQ 183A-3507                                                              12

                    about it. Think about it tonight. Let me tell you why...

GRAVANO:    "Acting Boss" really it's...it's...

GOTTI:    That's nothing! I'm gonna tell you why. Here's what I'm talking about.

GRAVANO:    (IA).

GOTTI:    You (IA) say it. Here's what I'm trying to say to you.

GRAVANO:    Go ahead.

GOTTI:    The "Underboss" should take charge of the "Family." I'm not "breaking" "Joe Piney," by the way. I can't.

GRAVANO:    No.

GOTTI:    Ya, ya know what I'm saying? You don't need a "Consigliere." We'll put somebody acting there. Know what I'm saying? You're official, Sammy, and that's where it's gonna stay. I, I love Frankie, but I don't wanna (IA) (tap sound) you know that,

BQ 183A-3507                                                13

|          |                                                                                              |
|----------|----------------------------------------------------------------------------------------------|
|          | too. There's nothing I wouldn't do for the guy. But I don't want (IA). And I wanna tell them, if our plan backfires, and they do get me now, they can't help but (IA). After that fucking "rat" message. Did Bruce tell ya? |
| GRAVANO: | Yeah. |
| GOTTI:   | (IA). |
| GRAVANO: | Ah, you know how exactly I read that? And even with some of the bullshit things? The case against me would be a massive Rico Racketeering (IA). |
| GOTTI:   | Alright, yeah. |
| GRAVANO: | So, it's probably gonna be like Corky, only a hundred, eighty, indict, eh, counts... |
| GOTTI:   | Sammy... |
| GRAVANO: | ... of Labor Racketeering... |
| GOTTI:   | Sammy... |
| GRAVANO: | ... unless they got... |

6

GOTTI:     ... they got more than that for you. I don't know what they got for you. But they got more than that for you. It doesn't matter, Sam. This thing here, and I'm gonna make our "Skippers" understand that. (Coughs) "This is my wishes that if, if I'm in the fucking 'can,' this 'Family' is gonna be run by Sammy. I'm still the 'Boss.' If I get fifty years, I know what I gotta do. But when I'm in the 'can,' Sammy's in charge." Now, or you go in the "can," God forbid!

GRAVANO:   I could go away, too.

GOTTI:     You see what I'm saying Sammy, we gotta fuckin' think, and, and I know what I'm talking about. If I could just get this fuckin' probation I want, you'll get bail. Who gives a fuck! Nobody comes to see ya. They'll send some jerk to see ya (IA) like cutting bases with me. Just the fact you're out there. That you could sneak out in the middle of the night and hit a guy in the fucking head with a hatchet. You follow, understand Sammy? I don't know what he's doing no more. All you're gonna do is, you're gonna have a, a good time, six months, then you're gonna be, in the next cell to me. We

(7)

ain't going nowhere the fuckin' hurry, Sammy. That's (IA).

GRAVANO: If they ain't got me already down there (IA).

GOTTI: No, I agree with you. But, Sammy, if they ain't got us, they'll never get us. But we feel if they ain't preparing a couple a humdinger cases for you, I'll take it up my fucking ass, Sam.

GRAVANO: Well, I, I believe they are.

GOTTI: And all...

GRAVANO: I believe they are. See last night over there? You know they followed me to my door?

GOTTI: I believe it. Let me tell you what...

GRAVANO: To my door!

GOTTI: You know why, Sammy? They're not stupid. I telegraph my voice. I couldn't help it. But it was, that's the (IA) run today. You can't do, so you (IA) today. And they know how I feel. And they know any fucking serious thing that's, that I need

Case 1:90-cr-01051-ILG Document 424-10 Filed 04/29/2006 Page 10 of 13 PageID #: 1349
GA09

BQ 183A-3507                                                    16

        done that I can't do, you'll do it. They not, I'm not talking about just this. I'm talking about meeting with people (IA). They're not stupid.

GRAVANO:    Why would then not put in the ones "Underboss" (IA) fuckin'...

GOTTI:      No, I wanted to make it, but that's automatic, he takes over.

GRAVANO:    What about "Joe Piney?" You would send him a message?

GOTTI:      I, I would send Ja, er, Jackie to see him. Tell him, "Joey, this is nothing against you. When you come out, you'll be seventy-seven. God bless you! What are you worried about? If when you come out, and everything is okay. People are status quo. Standing here with your hands out if you want, if it makes you happy. And I hope! Where are we going, here? You know, well here's what I'm trying to say, Sammy. I'm trying to do this "a Cosa Nostra" way...

GRAVANO:    Oh, yeah (IA).

(9)

BQ 183A-3507                                                17

GOTTI:      Not only that, Sammy, it's, it's, it's right. You see we got people, you know a couple of "Skippers" told me right here, Christmas Eve. They says you know (knocking on door) .. Frankie here. "Like Sammy," says, "Frankie, and then you?" No, you're official, he's not. That's the sequence you put out. And that's the old (IA) fuck. I got (IA) a favor, you (IA).

GRAVANO:    It would be my pleasure. We're all "Family." This is what Joey should tell them, God forbid.

GOTTI:      You know why, Sammy? It's the right thing.

GRAVANO:    Just in, in, in, in, in history itself.

GOTTI:      That's right.

GRAVANO:    With you.

GOTTI:      Not only that, it's Sammy is the right thing, anyway.

GRAVANO:    Well...

GOTTI:      And I'm not thinking about the way you (IA).

(10)

BQ 183A-3507                                             18

GRAVANO:       (IA).

GOTTI:         Yeah. What's the big deal?

GRAVANO:       (Clears throat) It would be my pleasure to be...

GOTTI:         Come in, Frankie. Yeah.

GRAVANO:       (IA) folks from Long Island.

GOTTI:         Ah, he'll love it too, and you know why he'll love it.

GOTTI:         No, Sammy, may God forbid! Ahh ... I think that (IA). I'm just thinking, if I got a hundred years, Sammy, and you beat the case (IA).

GRAVANO:       (IA) the door is open.

GOTTI:         Yeah, come in! (IA) it would be (IA).

GRAVANO:       I got it.

GOTTI:         Minchia! I'd be, I'd be in my fucking glory. (Steps in background) (Coughs) Let's just (IA) this here.

(11)

BQ 183A-3507                                                        19

LOCASCIO:      Well, I hear you out here, "Status Quo" you were saying?

GOTTI:         Yeah, you heard me? (Door slams) Either they're right, but I didn't say "Status Quo." I said, "I'd be the happiest guy." I didn't say "Status Quo." (Footsteps) But you could probably hear us out there. You can't help it with this thing (IA). Only thing you can hear is the fucking coughing. You see that there when, when she says I do a lot of whispering? That tape he says they, they themselves said it's inaudible, right. I never say that anyway. Like I just wouldn't say nothin' about poppin' people. I would say everything, but not that. You know what I was telling Sammy, it looks like maybe they're not, they're not, may not even pick a jury next week. So, we'll, we'll come out. I'll know (IA) once. We'll probably "make" some (IA).

GRAVANO:       Right (IA).

GOTTI:         (IA) Christ! No one knows right now, except us three. They might know pretty soon, delay it. I was just telling Sam, talking quick here because,

