

**William W. Fick**
TEL: 857-321-8360
FAX: 857-321-8361
WFICK@FICKMARX.COM

April 30, 2020

**By ECF**
The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

    Re:    *United States v. LoCascio,* **No. 90-cr-1051 (ILG)**

Dear Judge Glasser:

    The government filed its 58-page response to Petitioner Frank LoCascio's section 2255 motion on April 29, 2020 [Document # 444]. With the government's assent, counsel for Mr. LoCascio respectfully request leave to file a Reply by May 21, 2020.

                  Respectfully submitted,

                  */s/ William Fick*
                  Nancy Gertner
                  William W. Fick
                  Daniel N. Marx
                  Amy Barsky
                  FICK & MARX LLP
                  24 Federal Street, 4th Floor
                  Boston, MA 02110
                  857-321-8360

cc:    All counsel (by ECF)

                  The application is granted.
                  So ordered.

                  ___/s/    I. Leo Glasser___

                        5/1/2020