

William W. Fick
TEL: 857-321-8360
FAX: 857-321-8361
WFICK@FICKMARX.COM

June 19, 2020

**By ECF**
The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

      Re:    *United States v. LoCascio,* **No. 90-cr-1051 (ILG)**
              **REQUEST RE : TIMING TO FILE MEDICAL RECORDS AND LEAVE TO FILE REPLY**

Dear Judge Glasser:

      With this letter, defendant Frank LoCascio respectfully requests that he be permitted to publicly file medical records in support for his Motion for Compassionate Release by Monday, June 22, 2020 and that he further be permitted to file a short Reply in support of his Motion for Compassionate Release by Wednesday, June 24, 2020.

      The proposed timing is based on the schedules of counsel and the need to confer with Mr. LoCascio and his family concerning the contents of and possible limited redactions to the voluminous records at issue, as well as certain factual matters contained in the government's Opposition.

      The government has stated that it does not object to Mr. LoCascio's request.

                          Respectfully submitted,

                          */s/ William Fick*
                          Nancy Gertner
                          William W. Fick
                          Daniel N. Marx
                          Amy Barsky
                          FICK & MARX LLP
                          24 Federal Street, 4th Floor
                          Boston, MA 02110
                          857-321-8360

cc:      All counsel